

# IN THE
# TENTH COURT OF APPEALS

———————————

## No. 10-09-00263-CV

## IN RE REGINALD RAY SPIVEY

———————————

## Original Proceeding

---

## MEMORANDUM OPINION

---

Reginald Ray Spivey seeks by mandamus to compel the district attorney to deliver unclaimed property in the amount of $3,000 to the State Comptroller's Office. *See* TEX. PROP CODE ANN. § 74.301 (Vernon 2007). There are procedural problems in this proceeding. We use Rule 2 to look beyond those problems. *See* TEX. R. APP. P. 2.

This Court has mandamus jurisdiction over a judge of district or county court or when necessary to enforce our own jurisdiction. TEX. GOV'T. CODE ANN. § 22.221(a), (b) (Vernon 2004). We do not have jurisdiction to mandamus a district attorney in this circumstance. Accordingly, Spivey's petition is dismissed.

Further, absent a specific exemption, the Clerk of this Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to

TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (Vernon 2005); and § 51.208 (Vernon Supp. 2008). Under the circumstances of this proceeding, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed by Spivey.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Reyna, and
    Justice Davis
Pet. dismissed
Opinion delivered and filed August 26, 2009
[OT06]